McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California  93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:07-cr-0016 AWI |
| | ) | |
| | ) | ORDER AUTHORIZING DESTRUCTION |
| Plaintiff, | ) | OF DRUG EVIDENCE AFTER 60 DAYS |
| | ) | |
| v. | ) | |
| | ) | |
| JUAN LUIS ALEMAN, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

In consideration of the government's request submitted herein requesting a 60 day extension to allow the defense to obtain independent laboratory analysis, if necessary,

IT IS HEREBY ORDERED that the DEA shall retain the drug evidence in this case (DEA Exhibit 1, DEA File Number R9-07-0025) for 60 days from the date of this order.

////

////

////

////

1

1 After 60 days, the DEA is authorized to destroy the drug
2 evidence, unless and until further order of this Court issues.

4 IT IS SO ORDERED.

5 **Dated:   March 23, 2007**                              **/s/ Anthony W. Ishii**
0m8i78                                                         UNITED STATES DISTRICT JUDGE