**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 1:07-cr-00016 AWI |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER TO CONTINUE** |
| ALBERTO ESTRADA PEREZ, et al, | ) ) | **MOTION HEARING DATE** |
| Defendant. | ) ) ) | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the motion hearing now set for April 30, 2007, at 9:00 a.m. be re-calendared to May 14, 2007, at 9:00 a.m.  Time is deemed excludable pursuant to 18 U.S.C.  § 3161(h)(1)(F).

IT IS SO ORDERED.

**Dated:    April 24, 2007**                          /s/ Anthony W. Ishii
                                                          UNITED STATES DISTRICT JUDGE