```
McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone:  (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | 1:07-cr-0016 AWI |
|               Plaintiff,             ) | |
|     v.                               ) | ORDER |
| JUAN LUIS ALEMAN, and                ) | |
| JOSE RANGEL-GARCIA,                  ) | |
|               Defendants.            ) | |

    Having read and considered the parties' stipulation to continue the current sentencing date of July 14, 2008, to September 8, 2008, in this matter,

    IT IS THE ORDER of the Court that the current sentencing date is hereby continued to September 8, 2008, at 11:00 a.m.

IT IS SO ORDERED.

**Dated:   July 8, 2008**                          **/s/ Anthony W. Ishii**
                                                                     CHIEF UNITED STATES DISTRICT JUDGE