IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:07-cr-0016 AWI |
| Plaintiff, | ) | |
| v. | ) | ORDER ON STIPULATION |
| JUAN LUIS ALEMAN, and<br>JOSE RANGEL-GARCIA, | ) | |
| Defendants. | ) | |

Having read and considered the parties' stipulation to continue the current sentencing hearing date of January 26, 2009, to March 9, 2009, in this matter,

IT IS THE ORDER of the Court that the current sentencing date is hereby continued to March 9, 2009, at 11:00 a.m.

IT IS SO ORDERED.

Dated:  **January 21, 2009**          **/s/ Anthony W. Ishii**
                                    CHIEF UNITED STATES DISTRICT JUDGE

1