# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN LUIS ALEMAN, and<br>JOSE EFRAIN RANGEL-GARCIA,<br><br>Defendants. | NO. 1:07-CR-0016-AWI<br><br>ORDER MEMORIALIZING CONTINUANCE AND WARNING TO COUNSEL |

On March 9, 2009, the court held sentencing hearings in the above entitled action but granted a continuance at the parties' request. The sentencing hearings have been continued to April 6, 2009 at 9 a.m.

The sentencing hearings had originally been scheduled for May 19, 2008. The court subsequently granted continuances on multiple occasions at the parties' request. The parties are forewarned that the court will not grant any further continuances in this matter unless <u>good cause</u> is shown supported by appropriate documentation. The parties have had sufficient time to prepare for this matter without any further delay. Accordingly, counsel will be expected to be present in court on April 6, 2009 and to be prepared to proceed on this matter. Failure to do so without good cause will result in sanctions being imposed upon counsel.

IT IS SO ORDERED.

Dated:   **March 9, 2009**              /s/ **Anthony W. Ishii**
                                        CHIEF UNITED STATES DISTRICT JUDGE